**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DETENTION EQUIPMENT INSTALLATION, LLC,** ) | **Civil Action No. 20-cv-02342** |
| ) | **Section L (4)** |
| **Plaintiff,** ) | **Judge Eldon E. Fallon** |
| **v.** ) | **Mag. Judge Karen Wells Roby** |
| ) | |
| **C.A. OWENS & ASSOCIATES, INC.,** ) | |
| **MERCHANTS BONDING COMPANY,** ) | |
| **AND FEDERAL INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

### _EX PARTE_ MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Imtiaz A. Siddiqui of the law firm of IAS LAW LLC, who respectfully seeks an Order from the Court permitting him and his firm to withdraw as counsel of record for plaintiff and counterclaim defendant Detention Equipment Installation, LLC ("DEI") in this matter. Professional considerations require termination of the representation.

In accordance with L.R. 83.2.11, DEI has been advised of all deadlines and pending court appearances in this matter. The present address and telephone number for DEI is:

Detention Equipment Installation, LLC
23 N. Main Street
Delevan, NY 14042
(716) 353-2123

WHEREFORE, counsel of record for plaintiff and counterclaim defendant Detention Equipment Installation, LLC requests an Order permitting his withdrawal from this matter as set forth above.

Dated: February 18, 2021               Respectfully Submitted,

**IAS LAW LLC**

By:  s/Imtiaz A. Siddiqui
Imtiaz A. Siddiqui (La. Bar Roll No. 35321)
900 Camp Street
Suite 435
New Orleans, Louisiana 70130
Telephone: (504) 500-1876
Facsimile: (504) 814-1760
Email: ias@iaslawllc.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that, on this 18th day of February, 2021, I: (A) electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and (B) am serving the foregoing pleading on plaintiff and counterclaim defendant Detention Equipment Installation, LLC via certified mail.

<u>/s/Imtiaz A. Siddiqui</u>
Imtiaz A. Siddiqui