IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DETENTION EQUIPMENT INSTALLATION, LLC,** | ) ) ) |
| Plaintiff, | ) Civil Action No. 20-cv-02342 ) Section L (4) ) Judge Eldon E. Fallon |
| v. | ) Mag. Judge Karen Wells Roby ) |
| **C.A. OWENS & ASSOCIATES, INC., MERCHANTS BONDING COMPANY, AND FEDERAL INSURANCE COMPANY,** | ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

Considering the foregoing Motion to Withdraw as Counsel of Record, R. Doc. 52;

**IT IS HEREBY ORDERED** that the motion is **DENIED.** Mr. Siddiqui may not withdraw as counsel of record for Plaintiff at this time because no substitute counsel has been appointed or enrolled. The Fifth Circuit's "'clear' rule is 'that a corporation as a fictional legal person can only be represented by licensed counsel.'" *Donovan v. Rd. Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) (quoting *K.M.A., Inc. v. General Motors Acceptance Corp.*, 652 F.2d 398, 399 (5th Cir.1982)).

New Orleans, Louisiana, this 22nd day of February 2021.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**